UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TIMOTHY J. SYREK,

    Plaintiff,

v.                                                Case No.  5:11-cv-338-Oc-TBS

MICHAEL J. ASTRUE, Commissioner of Social
Security,

    Defendant.
_____/

### ORDER

Pending before the Court is Defendant's Uncontested Motion For Extension Of Time To File Memorandum Of Law Through February 27, 2012. (Doc. 21.)  Plaintiff filed his memorandum on January 17, 2012 and pursuant to the Scheduling Order (Doc. 14), the Commissioner's memorandum is due by January 27, 2012.  The Commissioner seeks a thirty-day extension of that deadline and represents that Plaintiff has no objection.

Upon due consideration, Defendant's Uncontested Motion For Extension Of Time To File Memorandum Of Law Through February 27, 2012 (Doc. 21) is **GRANTED**. The Commissioner shall file his memorandum on or before **February 27, 2012.**

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** in Ocala, Florida, on January 25, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to:

    All Counsel
    Pro se Plaintiff