UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TIMOTHY J. SYREK,

    Plaintiff,

v.                                    Case No. 5:11-cv-338-Oc-10GRJ

MICHAEL J. ASTRUE, COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____

### ORDER

Pending before the Court is the Defendant's Second Motion for Extension of Time to File Memorandum of Law Through March 28, 2012 (Doc. 23). For good cause shown, the motion is GRANTED and the defendant shall have through March 28, 2012 within to file and serve his memorandum of law.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 5, 2012.

                                                    THOMAS B. SMITH
                                                    United States Magistrate Judge

Copies to:

    Pro Se Plaintiff
    Counsel for the Defendant